# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| In re: SHAWN J. CHAVIS | § | Case No. 15-83204 |
| MARY E. CHAVIS | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 12/31/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 06/06/2016.

5) The case was dismissed on 10/21/2016.

6) Number of months from filing or conversion to last payment: 7.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,532.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 2,525.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 2,525.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,668.27 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 195.68 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,863.95 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPRINGER LAW FIRM | Lgl | 3,500.00 | 2,500.00 | 2,500.00 | 1,668.27 | 0.00 |
| CITIZENS FINANCE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF | Sec | 884.00 | NA | NA | 0.00 | 0.00 |
| GRESTY'S AUTO SALES | Uns | 4,000.00 | 3,665.51 | 0.00 | 333.25 | 141.07 |
| SANTANDER CONSUMER USA, INC | Uns | 0.00 | 12,742.40 | 0.00 | 0.00 | 0.00 |
| AL DEPT OF HUMAN RESOURCES | Pri | 6,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 4,658.04 | 4,095.58 | 4,095.58 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 720.56 | 106.79 | 106.79 | 0.00 | 0.00 |
| ASPEN DENTAL | Uns | 19.00 | NA | NA | 0.00 | 0.00 |
| REVENUE RECOVERY | Uns | 150.00 | 150.34 | 150.34 | 0.00 | 0.00 |
| ATHENS LIMESTONE HOSPITAL | Uns | 1,481.00 | NA | NA | 0.00 | 0.00 |
| BBY / CBNA | Uns | 492.70 | NA | NA | 0.00 | 0.00 |
| BEST CHOICE 123 | Uns | 1,750.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 15.36 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 974.00 | 1,085.10 | 1,085.10 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 946.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 456.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 39.78 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Case 15-83204    Doc 61    Filed 12/23/16    Entered 12/23/16 09:50:17    Desc Main
              Document      Page 3 of 6

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMCAST | Uns | 609.76 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK/PAYPAL | Uns | 357.83 | 357.83 | 357.83 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 710.00 | 696.03 | 696.03 | 0.00 | 0.00 |
| DIRECT LOAN SVC SYSTEM | Uns | 7,319.95 | NA | NA | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 8,961.00 | 9,162.97 | 0.00 | 0.00 | 0.00 |
| FOX VALLEY CREDIT UNION | Uns | 431.00 | NA | NA | 0.00 | 0.00 |
| REVENUE RECOVERY | Uns | 629.00 | 629.00 | 629.00 | 0.00 | 0.00 |
| GATEWAY AT KNOXVILLE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Uns | 23.32 | NA | NA | 0.00 | 0.00 |
| GEICO | Uns | 79.67 | NA | NA | 0.00 | 0.00 |
| HERITAGE FAMILY MEDICINE | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| JOSTENS INC | Uns | 371.60 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Sec | 170.00 | 178.93 | 178.93 | 178.93 | 7.80 |
| KNOXVILLE UTILITIES BOARD | Uns | 500.00 | 240.48 | 240.48 | 0.00 | 0.00 |
| LION LOANS | Uns | 391.22 | NA | NA | 0.00 | 0.00 |
| MAJESTIC LAKE FINANCIAL | Uns | 1,250.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 87,932.00 | 91,266.22 | 0.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 150.00 | 237.51 | 237.51 | 0.00 | 0.00 |
| PENN CREDIT CORPORATION | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS CARE PC | Uns | 51.60 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Uns | 266.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY OF HUNTSVILLE | Uns | 230.00 | 230.00 | 230.00 | 0.00 | 0.00 |
| SOUTHEAST ORAL SURGERY | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| SPOT LOAN | Uns | 1,385.00 | NA | NA | 0.00 | 0.00 |
| TARGET FINANCE LLC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| THE RUSH | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| THOMAS PEARSON | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION / AFSA | Uns | 6,293.00 | NA | NA | 0.00 | 0.00 |
| REVENUE RECOVERY | Uns | 932.00 | 932.00 | 932.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,455.00 | 741.00 | 741.00 | 0.00 | 0.00 |
| BARON'S CREDITOR'S SERVICES | Uns | 6,500.00 | 6,147.18 | 6,147.18 | 0.00 | 0.00 |
| WINFIELD RADIOLOGY | Uns | 123.00 | NA | NA | 0.00 | 0.00 |
| NPRTO ILLINOIS, LLC | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 52.00 | 52.00 | 0.00 | 0.00 |
| NPRTO ILLINOIS, LLC | Sec | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 357.00 | 357.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 1,134.00 | 1,134.00 | 0.00 | 0.00 |
| REGIONS BANK | Uns | 0.00 | 104.42 | 104.42 | 0.00 | 0.00 |
| REGIONS BANK | Uns | 0.00 | 443.04 | 443.04 | 0.00 | 0.00 |
| FORT SANDERS REGIONAL | Uns | 0.00 | 464.97 | 464.97 | 0.00 | 0.00 |
| S.D.U. | Con | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| S.D.U. | Pri | 0.00 | 316.33 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 178.93 | $ 178.93 | $ 7.80 |
| **TOTAL SECURED:** | $ 178.93 | $ 178.93 | $ 7.80 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 18,354.27 | $ 333.25 | $ 141.07 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 1,863.95 |
| Disbursements to Creditors | $ 661.05 |
| **TOTAL DISBURSEMENTS:** | $ 2,525.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  <u>12/22/2016</u>      By: <u>/s/ Lydia S. Meyer</u>
                                             Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)